# AFFIDAVIT OF PROCESS SERVER

**United States District Court for the District of New Mexico**

**Arthur F. Murfin, an individual**

Plaintiff(s),

vs.

**United States of America, a political entity, et al**

Defendant(s).

Attorney: Andrew Morrow

Hot Shot Delivery, Inc.
1855 E. Southern Ave., #215
Mesa AZ 85204

*340883*

**Case Number: 1:25-CV-00664-JFR-JMR**

Legal documents received on **07/30/2025** at **6:25 PM** to be served upon **The Department of Defense at 1235 South Clark St., #1540, Arlington, VA 22202**

I, **Gracie DeLong**, swear and affirm that on **July 31, 2025** at **11:38 AM**, I did the following:

Served **The Department of Defense** by delivering a conformed copy of the **Summons in a Civil Action; Civil Cover Sheet; Complaint** to **Michael Brown** as **Manager Specialist & Authorized Agent** of **The Department of Defense** at **1235 South Clark St., #1540, Arlington, VA 22202**.

**Description of Person Accepting Service:**
Sex: Male Age: 40-50 Height: 5ft9in-6ft0in Weight: 161-200 lbs Skin Color: Medium Brown Hair Color: Bald

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

Date: 8/01/25

**Gracie DeLong**
Process Server

Internal Job ID:340883