# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
District of New Mexico

Case Number: 1:25-CV-00664

Plaintiff:
**ARTHUR F MURFIN**

vs.

Defendant:
**UNITED STATES OF AMERICA et al.**

For:
Counxel Legal Firm
2222 S. Dobson Road, Ste. 1104
Mesa, AZ 85202

Received by HOT SHOT LEGAL SERVICES on the 30th day of July, 2025 at 12:18 pm to be served on **US Department of The Air Force, 1500 W Perimeter Rd #1370, Andrews AFB, MD 20762**.

I, C Turnage - Legal Manager/Badge MC8160, being duly sworn, depose and say that on the **13th day of August, 2025** at **12:44 pm, I:**

am familiar with the facts stated in this Affidavit, and I make this Affidavit to show that I have served a true copy of **Summons, Civil Case Cover Sheet, Complaint** on the other party via certified mail, postage prepaid, return receipt requested to **US Department of The Air Force** at the address of **1500 W Perimeter Rd #1370, Andrews AFB, MD 20762**, pursuant to Arizona Rules of Civil Procedure 29-3119.

These court papers were received by the other party as shown by the receipt, a copy of which is attached to this Affidavit as required by Arizona Rules of Civil Procedure. A copy of the Affidavit of Non-Service is attached showing service efforts were made to serve the Statutory Agent at the address on file with the Arizona Corporation Commission.

I certify that I am over the age of 21, have no interest in the above action, and am a Licensed Process Server, within the county of Maricopa, State of ARIZONA, in good standing and am fully qualified to serve process in this cause.

"I Declare under Penalty of Perjury that the foregoing is true and correct".

Subscribed and Sworn to before me on the 29th day of August, 2025 by the affiant who is personally known to me.

Pattie Owen
NOTARY PUBLIC

PATTI L. OWEN
Notary Public - State of Arizona
MARICOPA COUNTY
Commission # 676943
Expires October 20, 2028

**C Turnage - Legal Manager/Badge MC8160**

**HOT SHOT LEGAL SERVICES**
**1855 East Southern Ave**
**Suite 215**
**Mesa, AZ 85204**
**(602) 257-5507**

Our Job Serial Number: DEK-2025001349

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

7021 0950 0001 1673 4303

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Andrews Air Force Base, MD 20762

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $ | $5.30 |
| Extra Services & Fees *(check box, add fee as appropriate)* | $4.40 |
| ☐ Return Receipt (hardcopy) $ | $0.00 |
| ☐ Return Receipt (electronic) $ | $0.00 |
| ☐ Certified Mail Restricted Delivery $ | $0.00 |
| ☐ Adult Signature Required $ | $0.00 |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $ | $2.44 |
| Total Postage and Fees $ | $12.14 |

Postmark Here: MAIN OFFICE MESA AZ USPS 85201-9998 AUG - 4 2025 08/04/2025

*Sent To* Us Dept of the Air Force
*Street and Apt. No., or PO Box No.* 1500 W Perimeter Rd #1370
*City, State, ZIP+4®* Andrews AFB, MD 20762

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

ALERT: IMPACTS OF SEVERE WEATHER IN THE SOUTHERN PLAINS AND LOWER MISSISSIPPI...

# USPS Tracking®

FAQs >

Remove ✕

Tracking Number:

**70210950000116736303**

Copy Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered at 12:44 pm on August 13, 2025 in ANDREWS AIR FORCE BASE, MD 20762.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## Delivered

**Delivered**

ANDREWS AIR FORCE BASE, MD 20762
August 13, 2025, 12:44 pm

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**See Less**

Track Another Package