**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

| | |
|---|---|
| **ARTHUR F. MURFIN, an individual,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**UNITED STATES OF AMERICA, a political entity, THE DEPARTMENT OF DEFENSE, a department of the government of the United States of America, PETER B. HEGSETH, in his official capacity as Secretary of Defense, THE UNITED STATES DEPARTMENT OF THE AIR FORCE, a department of the government of the United States of America, and TROY E. MEINCK, in his official capacity as Secretary of the Air Force,**<br><br>**Defendants**. | **Case No: 1:25-CV-00664**<br><br>**STAY OF CASE**<br><br>**Judge: Hon. John F. Robbenhaar** |

COMES NOW the Plaintiff, ART MURFIN (hereafter referred to as "MURFIN"), by and through undersigned counsel, Counxel Legal Firm (Andrew N. Morrow Esq.) and hereby moves this Court to stay the proceedings in this matter, and all pending deadlines, for a period of 90

days. Counsel for Plaintiff and Counsel for Defendants, not yet formally entered to this case, have conferred regarding this matter and a stay is warranted. Specific reason for and nature of the stay sought are as follows:

1. Counsel for all Defendants has contacted Counsel for Plaintiff prior to entering an appearance and responsive pleading in this matter to discuss the matter.
2. Plaintiff has a separate matter pending in a different venue, a matter before the Merit System Protection Board ("MSPB") that has, as a portion of its proceedings, a mandatory mediation.
3. This mandatory mediation is currently expected to occur within the next 90 days and has a reasonable likelihood of producing a global, binding resolution of all of Plaintiff's claims, including those claims complained of in this matter.
4. The Parties have conferred and a stay of this matter, without dismissal, is appropriate so that the Parties may discuss such a global resolution when appropriate in the MSPB action without sacrificing or waiving any claims of relief pled in this matter.
5. If the mediation occurs within the 90 days and produces a global resolution, a dismissal of this matter shall be filed.
6. If the mediation occurs within the 90 days and does not produce a global resolution, this matter shall resume with the filing of a responsive pleading by the Defendants.

7. If, for whatever reason, mediation is still scheduled but does not occur within the 90 days then at the conclusion of the 90 days Plaintiff shall file a Status Report and request an extension to the stay.

8. Thus, it is appropriate to stay this matter, and all attendant deadlines, for a period of 90 days so that the Parties may discuss a global resolution of the matter in the MSPB action.

**Wherefore**, Plaintiff respectfully requests the Court enter a 90-day stay of this matter and all deadlines.

RESPECTFULLY SUBMITTED this 11th day of September, 2025.

**COUNXEL LEGAL FIRM**

*/s/ Andrew Morrow*
Andrew Morrow
2222 S. Dobson Rd. Suite 1104
Mesa, AZ 85202
*Attorney for Plaintiff*