IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ARTHUR F. MURFIN,

Plaintiff,

v. 1:25-cv-00664-JFR-JMR

UNITED STATES OF AMERICA, *a political entity*, THE DEPARTMENT OF DEFENSE, *a department of the government of the United States of America*, PETER B. HEGSETH, *in his official capacity as Secretary of Defense*, THE UNITED STATES DEPARTMENT OF THE AIR FORCE, *a department of the government of the United States of America*, and TROY E. MEINCK, *in his official capacity as Secretary of the Air Force*,

Defendant.

**ORDER DENYING MOTION TO WITHDRAW**

THIS MATTER is before the Court on Plaintiff counsel's Motion to Withdraw as Attorney. Doc. 23. Therein, Plaintiff's counsel requests to withdraw as attorney for Plaintiff. However, the motion does not fully comply with Local Rule 83.8. The motion does not state whether Plaintiff consents to the withdrawal. *See* D.N.M.LR-Civ. 83.8(a). If Plaintiff does consent to the withdrawal, the motion also does not contain "a statement of the client's intention to appear *pro se* and the client's . . . telephone number." *Id.* If Plaintiff opposes the withdrawal, the motion does not indicate that it has been served in compliance with Local Rule 83.8(b). Accordingly, the motion is DENIED without prejudice for failure to comply with Local Rule.

JENNIFER M. ROZZONI
United States Magistrate Judge