IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ARTHUR F. MURFIN,

Plaintiff,

v. 1:25-cv-00664-JFR-JMR

UNITED STATES OF AMERICA, *a political entity*, THE DEPARTMENT OF DEFENSE, *a department of the government of the United States of America*, PETER B. HEGSETH, *in his official capacity as Secretary of Defense*, THE UNITED STATES DEPARTMENT OF THE AIR FORCE, *a department of the government of the United States of America*, and TROY E. MEINCK, *in his official capacity as Secretary of the Air Force*,

Defendant.

**ORDER GRANTING MOTION TO WITHDRAW**

THIS MATTER is before the Court on Plaintiff counsel's Motion to Withdraw as Attorney. Doc. 25. Counsel notes that Plaintiff intends to appear *pro se* in this action, and he consents to his attorney's withdrawal. The motion also requests that Plaintiff have "twenty (20) days to have a new attorney enter their appearance." *Id.* at 2. The Court hereby GRANTS the motion.

Attorney Andrew Morrow is hereby withdrawn as counsel for Plaintiff Arthur F. Murfin. The Court will delay setting an initial scheduling conference until after April 13, 2026, twenty days from today. Afterwards, the Court will proceed with Plaintiff proceeding *pro se*, if an attorney has not entered an appearance on his behalf.

JENNIFER M. ROZZONI
United States Magistrate Judge