**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

ARTHUR F. MURFIN,

Plaintiff,

v. 25cv664 JFR/JMR

UNITED STATES OF AMERICA, et al.,

Defendants.

**DEFENDANTS' UNOPPOSED MOTION TO EXTEND ANSWER DEADLINE**

Defendants respectfully move the Court for an extension until April 20, 2026, to answer or otherwise respond to Plaintiff's Complaint. Doc. 1. As explained further below, Plaintiff's prior counsel approved this extension, but Plaintiff, now pro se, did not respond when Defendants sought to confirm his prior counsel's position. In support of this motion, Defendants state:

1. On July 14, 2025, Plaintiff filed his Complaint. Doc. 1.
2. On September 11, 2025, Plaintiff moved to stay the case because of a pending case before the Merit System Protection Board. Doc. 11.
3. On September 12, 2025, Assistant United States Attorney Timothy Vasquez entered an appearance on behalf of Defendants and filed a notice of non-opposition to the motion for stay. Docs. 13; 17.
4. On September 17, 2025, the Court granted the stay for 90 days, or until December 16, 2025. Doc. 18.
5. On December 18, 2025, Plaintiff filed an unopposed motion for stay. Doc. 20

6. On December 19, 2025, the Court granted the stay for 90 days, or until March 19, 2026, and ordered that, within 90 days, the Plaintiff must dismiss; Defendants must file a responsive pleading; or Plaintiff must file a status report and request an extension of the stay. Doc. 21 at 2.

7. Beginning in late February 2026, undersigned counsel began emailing Plaintiff's former counsel, Andrew Morrow, about the upcoming March 19, 2026, deadline. *See* Ex. 1 at 5 (email discussion).[1]

8. On March 9, 2026, undersigned counsel entered for Defendants. Doc. 22.

9. On March 17, 2026, Mr. Morrow granted Defendants an extension until April 20, 2026, to answer, and the parties discussed whether a stay was appropriate. *See* Ex. 1 at 2.

10. On March 19, 2026, Mr. Morrow informed Defendants that he planned to withdraw, and his client decided to proceed pro se. *See id.* at 1.

11. On March 23, 2026, in his Motion to Withdraw as Counsel, Mr. Morrow noted that he "has advised Plaintiff of all pending deadlines in this matter and provided Plaintiff with their case file." Doc. 25 at 2. Later that day, the Court granted the motion and, at Plaintiff's request, gave Plaintiff 20 days, or by April 13, 2026, to have a new attorney enter an appearance, if Plaintiff chooses to be represented by counsel. Doc. 26 at 1. Also later that day, Defendants emailed Plaintiff for his position on the answer extension using the email address Mr. Morrow provided. *See* Ex. 2 (Defendants' email to Plaintiff); *see also* Doc. 25 at 2 (listing Plaintiff's current email address as amcoalcreek@yahoo.com).

12. To date, new counsel has not entered for Plaintiff, and Plaintiff has not responded to Defendants' email.

---

[1] Undersigned counsel is generally hesitant to attach email discussions for the Court's review, but it seems appropriate here given that it is unclear whether Plaintiff will retain new counsel or proceed pro se.

13. Defendants request an extension until April 20, 2026, to answer or otherwise respond to the Complaint, which Plaintiff's prior counsel previously granted. *See* Ex. 1 at 2.

14. Defendants have styled this motion as unopposed because Mr. Morrow granted the extension while he was Plaintiff's counsel of record. Though Plaintiff has not affirmed the extension, that seems unnecessary because Mr. Morrow informed Plaintiff of all deadlines, and Plaintiff has not otherwise objected to the extension. *See* Doc. 25 at 2.

15. An extension of time will allow undersigned counsel to confer with the agency client and obtain information necessary to properly answer Plaintiff's Complaint.

WHEREFORE, Defendants respectfully request the Court extend their deadline to answer or otherwise respond to Plaintiff's Complaint through and including April 20, 2026.

Respectfully submitted,

TODD BLANCHE
Deputy Attorney General
RYAN ELLISON
First Assistant United States Attorney

*/s/ Peter Haynes*
PETER HAYNES
Assistant United States Attorney
201 Third Street NW, Suite 900
Albuquerque, New Mexico 87102
(505) 346-7274; Fax (505) 346-7205
Peter.Haynes@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 1, 2026, I filed the foregoing electronically through the CM/ECF system and mailed the following pro se party this filing by first-class postal mail:

Andrew Murfin
PO Box 5151
Albuquerque, NM 87185

*/s/ Peter Haynes*
PETER HAYNES
Assistant United States Attorney