**From:** Haynes, Peter (USANM)
**To:** Andrew Morrow
**Cc:** Baca, Marissa (USANM); Andrew Meier; Stacey King; John Harris
**Subject:** RE: Arthur Murfin: Case check-in (25cv664 JFR/JMR)
**Date:** Thursday, March 19, 2026 9:17:36 AM
**Attachments:** image001.png
image002.png

---

Thank you, and take care.

**Pete Haynes**
Assistant United States Attorney
U.S. Attorney's Office | District of New Mexico
U.S. Department of Justice
peter.haynes@usdoj.gov
[redacted]

---

**From:** Andrew Morrow <amorrow@Counxel.com>
**Sent:** Thursday, March 19, 2026 8:38 AM
**To:** Haynes, Peter (USANM) <Peter.Haynes@usdoj.gov>
**Cc:** Baca, Marissa (USANM) <Marissa.Baca@usdoj.gov>; Andrew Meier <Ameier@Counxel.com>; Stacey King <SKing@Counxel.com>; John Harris <JHarris@Counxel.com>
**Subject:** [EXTERNAL] RE: Arthur Murfin: Case check-in (25cv664 JFR/JMR)

Good morning Peter,

I wanted to let you know that Mr. Murfin has decided to proceed in this matter pro se. I will be filing a motion to withdraw as soon as able this morning.

Thank you,

**Andrew Morrow | Partner* | Counxel Legal Firm**
a: 2222 South Dobson Rd. Suite 1104 | Mesa, AZ 85202
e: amorrow@counxel.com | w: www.counxel.com
p: (480)-536-6122 | p : (480) 372-4750 (direct)

*Licensed in Arizona, New Mexico and Utah.
***Like our work? Refer us to your customers, friends and family. We take excellent care of referrals.***
For any referrals, contact us at (480) 536-6122 or intake@counxel.com.
CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited.

---

**From:** Haynes, Peter (USANM) <Peter.Haynes@usdoj.gov>
**Sent:** Wednesday, March 18, 2026 2:27 PM
**To:** Andrew Morrow <amorrow@Counxel.com>
**Cc:** Baca, Marissa (USANM) <Marissa.Baca@usdoj.gov>; Andrew Meier <Ameier@Counxel.com>; Stacey King <SKing@Counxel.com>; John Harris <JHarris@Counxel.com>
**Subject:** RE: Arthur Murfin: Case check-in (25cv664 JFR/JMR)

Hi again Andrew,

I've received clarification that I can disclose decisions from MSPB. I believe your client is referring to his right to appeal the decision by 4/10/26 (see attached decision). However, I'm told that MSPB does not currently have a quorum and cannot process appeals, so initial decisions are treated as final decisions (see attached case example stating "Because there is no quorum to alter the administrative judge's initial decision, the initial decision now becomes the final decision of the Merit Systems Protection Board in this appeal."). Based on what my agency client has told me, I have to oppose continuing the stay.

**Pete Haynes**
Assistant United States Attorney
U.S. Attorney's Office | District of New Mexico
U.S. Department of Justice
peter.haynes@usdoj.gov
[redacted]

---

**From:** Haynes, Peter (USANM)
**Sent:** Wednesday, March 18, 2026 2:12 PM
**To:** 'Andrew Morrow' <amorrow@Counxel.com>
**Cc:** Baca, Marissa (USANM) <Marissa.Baca@usdoj.gov>; Andrew Meier <Ameier@Counxel.com>; Stacey King <SKing@Counxel.com>; John Harris <JHarris@Counxel.com>
**Subject:** RE: Arthur Murfin: Case check-in (25cv664 JFR/JMR)

GOVERNMENT EXHIBIT
1

Hi Andrew,

I've reached out for clarification/permission to share the dismissal order. Are you able to discuss the case status with your client's MSPB attorney? If I don't get back to you in time, please file it opposed, and I'll file a notice with the Court afterwards clarifying my position.

**Pete Haynes**
Assistant United States Attorney
U.S. Attorney's Office | District of New Mexico
U.S. Department of Justice
peter.haynes@usdoj.gov
[redacted]

---

**From:** Andrew Morrow <amorrow@Counxel.com>
**Sent:** Wednesday, March 18, 2026 2:00 PM
**To:** Haynes, Peter (USANM) <Peter.Haynes@usdoj.gov>
**Cc:** Baca, Marissa (USANM) <Marissa.Baca@usdoj.gov>; Andrew Meier <Ameier@Counxel.com>; Stacey King <SKing@Counxel.com>; John Harris <JHarris@Counxel.com>
**Subject:** [EXTERNAL] RE: Arthur Murfin: Case check-in (25cv664 JFR/JMR)

Hello Peter,

My client has related to me that the MSPB case has not been dismissed. He relates that there is a briefing deadline on that issue of April 10th. Are you able to provide proof that it has? If not, I will be required to file the stay motion, opposed, tomorrow simply to preserve my client's options. Please advise.

Thank you,

**Andrew Morrow | Partner* | Counxel Legal Firm**
a: 2222 South Dobson Rd. Suite 1104 | Mesa, AZ 85202
e: amorrow@counxel.com | w: www.counxel.com
p: (480)-536-6122 | p : (480) 372-4750 (direct)

*Licensed in Arizona, New Mexico and Utah.
***Like our work? Refer us to your customers, friends and family. We take excellent care of referrals.***
For any referrals, contact us at (480) 536-6122 or intake@counxel.com.
CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited.

---

**From:** Haynes, Peter (USANM) <Peter.Haynes@usdoj.gov>
**Sent:** Tuesday, March 17, 2026 4:02 PM
**To:** Andrew Morrow <amorrow@Counxel.com>
**Cc:** Baca, Marissa (USANM) <Marissa.Baca@usdoj.gov>; Andrew Meier <Ameier@Counxel.com>; Stacey King <SKing@Counxel.com>; John Harris <JHarris@Counxel.com>
**Subject:** RE: Arthur Murfin: Case check-in (25cv664 JFR/JMR)

Thank you.

**Pete Haynes**
Assistant United States Attorney
U.S. Attorney's Office | District of New Mexico
U.S. Department of Justice
peter.haynes@usdoj.gov
[redacted]

---

**From:** Andrew Morrow <amorrow@Counxel.com>
**Sent:** Tuesday, March 17, 2026 4:59 PM
**To:** Haynes, Peter (USANM) <Peter.Haynes@usdoj.gov>
**Cc:** Baca, Marissa (USANM) <Marissa.Baca@usdoj.gov>; Andrew Meier <Ameier@Counxel.com>; Stacey King <SKing@Counxel.com>; John Harris <JHarris@Counxel.com>
**Subject:** [EXTERNAL] RE: Arthur Murfin: Case check-in (25cv664 JFR/JMR)

Regardless of whether a stay is extended an answer extension is fine.

**Andrew Morrow | Partner* | Counxel Legal Firm**
a: 2222 South Dobson Rd. Suite 1104 | Mesa, AZ 85202
e: amorrow@counxel.com | w: www.counxel.com

p: (480)-536-6122 | p : (480) 372-4750 (direct)

*Licensed in Arizona, New Mexico and Utah.
***Like our work? Refer us to your customers, friends and family. We take excellent care of referrals.***
For any referrals, contact us at (480) 536-6122 or intake@counxel.com.
CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited.

---

**From:** Haynes, Peter (USANM) <Peter.Haynes@usdoj.gov>
**Sent:** Tuesday, March 17, 2026 3:57 PM
**To:** Andrew Morrow <amorrow@Counxel.com>
**Cc:** Baca, Marissa (USANM) <Marissa.Baca@usdoj.gov>; Andrew Meier <Ameier@Counxel.com>; Stacey King <SKing@Counxel.com>; John Harris <JHarris@Counxel.com>
**Subject:** RE: Arthur Murfin: Case check-in (25cv664 JFR/JMR)

Hi Andrew,

I have the decision, but I'm not sure I can share it. If you'd like, I can check with agency counsel about providing you a copy. If your client confirms, may I still have an extension on the answer/responsive pleading, so that it'll be due 4/20? Thanks for considering this.

**Pete Haynes**
Assistant United States Attorney
U.S. Attorney's Office | District of New Mexico
U.S. Department of Justice
peter.haynes@usdoj.gov
[redacted]

---

**From:** Andrew Morrow <amorrow@Counxel.com>
**Sent:** Tuesday, March 17, 2026 4:52 PM
**To:** Haynes, Peter (USANM) <Peter.Haynes@usdoj.gov>
**Cc:** Baca, Marissa (USANM) <Marissa.Baca@usdoj.gov>; Andrew Meier <Ameier@Counxel.com>; Stacey King <SKing@Counxel.com>; John Harris <JHarris@Counxel.com>
**Subject:** [EXTERNAL] RE: Arthur Murfin: Case check-in (25cv664 JFR/JMR)

Good afternoon,

Thank you for letting me know, I have not heard that the MSPB did indeed decide on a dismissal and will need to follow-up with my client. I do agree that if such a decision has already indeed been made and handed down there's no reason for a stay.

Thank you,

**Andrew Morrow | Partner* | Counxel Legal Firm**
a: 2222 South Dobson Rd. Suite 1104 | Mesa, AZ 85202
e: amorrow@counxel.com | w: www.counxel.com
p: (480)-536-6122 | p : (480) 372-4750 (direct)

*Licensed in Arizona, New Mexico and Utah.
***Like our work? Refer us to your customers, friends and family. We take excellent care of referrals.***
For any referrals, contact us at (480) 536-6122 or intake@counxel.com.
CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited.

---

**From:** Haynes, Peter (USANM) <Peter.Haynes@usdoj.gov>
**Sent:** Tuesday, March 17, 2026 8:36 AM
**To:** Andrew Morrow <amorrow@Counxel.com>
**Cc:** Baca, Marissa (USANM) <Marissa.Baca@usdoj.gov>; Andrew Meier <Ameier@Counxel.com>; Stacey King <SKing@Counxel.com>; John Harris <JHarris@Counxel.com>
**Subject:** RE: Arthur Murfin: Case check-in (25cv664 JFR/JMR)

Hi Andrew,

I must admit I'm not very familiar with the MSPB, so please provide additional explanation if necessary, but it's my understanding that case DE-0752-25-1151-I-1 was dismissed without prejudice on 3/6/26 due to the overlap between the MSPB appeal and complaint in district court. If this is accurate, I think you should update the status report, and I may have to oppose extending the stay. Is it your understanding that the MSPB case (I believe there's only one case) is still pending?

**Pete Haynes**

Assistant United States Attorney
U.S. Attorney's Office | District of New Mexico
U.S. Department of Justice
peter.haynes@usdoj.gov
[redacted]

**From:** Andrew Morrow <amorrow@Counxel.com>
**Sent:** Tuesday, March 17, 2026 9:23 AM
**To:** Haynes, Peter (USANM) <Peter.Haynes@usdoj.gov>
**Cc:** Baca, Marissa (USANM) <Marissa.Baca@usdoj.gov>; Andrew Meier <Ameier@Counxel.com>; Stacey King <SKing@Counxel.com>; John Harris <JHarris@Counxel.com>
**Subject:** [EXTERNAL] RE: Arthur Murfin: Case check-in (25cv664 JFR/JMR)

Good morning Peter,

While I recognize that there is disagreement as to how much the MSPB can or will do here, what remains the case here, from our perspective, is that our case is properly stayed. For our part, it is properly stayed because we want the MSPB to at least make a decision, even if that decision is that they cannot make a decision, to know where this case should go. We believe that for your part, it is properly stayed since you requested an extension to the Answer deadline anyway.

I have attached a Status Report and a motion requesting that the Court extend the stay in this matter for your review. I hope you can join it, it is currently written from a joint perspective, and even if you do not wish to join it, I hope I can at least note that you do not oppose.

Thank you,

**Andrew Morrow | Partner* | Counxel Legal Firm**
a: 2222 South Dobson Rd. Suite 1104 | Mesa, AZ 85202
e: amorrow@counxel.com | w: www.counxel.com
p: (480)-536-6122 | p : (480) 372-4750 (direct)

*Licensed in Arizona, New Mexico and Utah.
***Like our work? Refer us to your customers, friends and family. We take excellent care of referrals.***
For any referrals, contact us at (480) 536-6122 or intake@counxel.com.
CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited.

**From:** Andrew Morrow
**Sent:** Monday, March 2, 2026 8:39 AM
**To:** 'Haynes, Peter (USANM)' <Peter.Haynes@usdoj.gov>
**Cc:** Baca, Marissa (USANM) <Marissa.Baca@usdoj.gov>; Andrew Meier <Ameier@Counxel.com>; Stacey King <SKing@Counxel.com>
**Subject:** RE: Arthur Murfin: Case check-in (25cv664 JFR/JMR)

Good morning Peter,

We will be moving to extend this stay as my client believes there are matters to resolve within the MSPB case. We'll have that draft motion/status report for your review soon to see if you will oppose it or not.

**Andrew Morrow | Partner* | Counxel Legal Firm**
a: 2222 South Dobson Rd. Suite 1104 | Mesa, AZ 85202
e: amorrow@counxel.com | w: www.counxel.com
p: (480)-536-6122 | p : (480) 372-4750 (direct)

*Licensed in Arizona, New Mexico and Utah.
***Like our work? Refer us to your customers, friends and family. We take excellent care of referrals.***
For any referrals, contact us at (480) 536-6122 or intake@counxel.com.
CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited.

**From:** Haynes, Peter (USANM) <Peter.Haynes@usdoj.gov>
**Sent:** Wednesday, February 25, 2026 9:59 AM
**To:** Andrew Morrow <amorrow@Counxel.com>
**Cc:** Baca, Marissa (USANM) <Marissa.Baca@usdoj.gov>; Andrew Meier <Ameier@Counxel.com>; Stacey King <SKing@Counxel.com>
**Subject:** RE: Arthur Murfin: Case check-in (25cv664 JFR/JMR)

Good morning Andrew,

I talked with the Air Force JAG guys handling the MSPB case. It's my understanding that they filed a motion to dismiss because of the pending district court case, and that the administrative judge wrote in his "order for briefing regarding possible dismissal" that he is inclined to dismiss the MSPB case without prejudice to avoid parallel litigation in MSPB and district court with inconsistent judgments. Both parties have until 3/4/26 to object to the proposed dismissal, so I guess there's a chance it won't be dismissed. At this time, I don't think there's anything

dispositive or substantive to be decided in the MSPB case. Per the district court stay order excerpt that I copied below, I think our options are for you to move to extend the say ("plaintiff shall file a status report and request an extension of stay") or I need to file a responsive pleading. Do you have any thoughts on which you prefer? Another option would be to wait until 3/4/26 to see if either party files objections because, if they don't, the case will be dismissed, and the only viable option would be for me to file an answer (though I was hoping for a 30 day extension because I'm new to the case). What do you think? Should we pause this discussion until 3/4/26? Thanks for your help.

**Pete Haynes**
Assistant United States Attorney
U.S. Attorney's Office | District of New Mexico
U.S. Department of Justice
peter.haynes@usdoj.gov
[redacted]

---

**From:** Andrew Morrow <amorrow@Counxel.com>
**Sent:** Tuesday, February 24, 2026 12:56 PM
**To:** Haynes, Peter (USANM) <Peter.Haynes@usdoj.gov>
**Cc:** Baca, Marissa (USANM) <Marissa.Baca@usdoj.gov>; Andrew Meier <Ameier@Counxel.com>; Stacey King <SKing@Counxel.com>
**Subject:** [EXTERNAL] RE: Arthur Murfin: Case check-in (25cv664 JFR/JMR)

Good afternoon Peter,

Thank you for reaching out and a pleasure to make your acquaintance.

I agree that some action should be taken in the district court case by 3.19, and I understand from my client that the MSPB case did not result in a resolution. However I think there may be value in continuing the stay of our case to allow a resolution of the matter the MSPB is set to deliberate on as the resolution of that case may or may not provide my client with complete relief, or may simply answer some dispositive questions that will control how the district court case would proceed. I suggest your proposed extension be to 5.20.2026 to give the MSPB time to rule however it will rule and we can visit that decision and how it impacts this case when it comes down. Would you agree?

Thank you,

**Andrew Morrow | Partner* | Counxel Legal Firm**
a: 2222 South Dobson Rd. Suite 1104 | Mesa, AZ 85202
e: amorrow@counxel.com | w: www.counxel.com
p: (480)-536-6122 | p : (480) 372-4750 (direct)

*Licensed in Arizona, New Mexico and Utah.
***Like our work? Refer us to your customers, friends and family. We take excellent care of referrals.***
For any referrals, contact us at (480) 536-6122 or intake@counxel.com.
CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited.

---

**From:** Haynes, Peter (USANM) <Peter.Haynes@usdoj.gov>
**Sent:** Monday, February 23, 2026 3:18 PM
**To:** Docketing <Docketing@Counxel.com>; Intake Team <Request@Counxel.com>
**Cc:** Baca, Marissa (USANM) <Marissa.Baca@usdoj.gov>
**Subject:** Arthur Murfin: Case check-in (25cv664 JFR/JMR)

Good afternoon Mr. Morrow,

My name is Pete Haynes, and this case was reassigned to me. I'm getting up to speed and wanted to confirm my understanding of where we're at with the district court case and MSPB case. Below I've copied the Court's order, Doc. 21, filed 12/19/25, which states that we need to take certain action within 90 days (by 3/19/26) to address the stay:

> All pending deadlines in this matter are hereby STAYED and within the next 90 days the Plaintiff shall either file a dismissal if the matter resolves, the Defendant shall file a responsive pleading if the matter does not resolve, or if the expected mediation in the MSPB matter does not occur within 90 days the Plaintiff shall file a Status Report and request an extension of this stay.

Correct me if I'm wrong, but because the MSPB negotiations were unsuccessful and you won't be requesting to extend the stay, I'll need to file a responsive pleading by 3/19/26. May I please have a 30-day extension on that deadline to review the case a bit more, so that the pleading will be due by 4/20/26? I can prepare a motion/order if that's agreeable. Thank you for considering this request.

**Pete Haynes**
Assistant United States Attorney
U.S. Attorney's Office | District of New Mexico
U.S. Department of Justice
peter.haynes@usdoj.gov
[redacted]