| | |
|---|---|
| **From:** | Haynes, Peter (USANM) |
| **To:** | "amcoalcreek@yahoo.com" |
| **Cc:** | Baca, Marissa (USANM) |
| **Subject:** | Murfin v. USA: Position on motion to extend answer deadline (25cv664 JFR/JMR) |
| **Date:** | Monday, March 23, 2026 3:25:35 PM |

Good afternoon Mr. Murfin,

I represent the Defendants (United States, Department of Defense, etc.) in your employment lawsuit currently pending in federal court in Albuquerque. Earlier today, the Court granted your prior attorney Andrew Morrow's motion to withdraw as counsel, and I don't see that new counsel has entered an appearance on your behalf yet, so I believe you're currently representing yourself (pro se). Is that correct? I wanted to remind you that I'm adverse to you and cannot give you legal advice. Mr. Morrow previously granted me an extension until April 20, 2026, to file an answer or otherwise respond to your complaint. Can I please have your position on that extension (opposed/unopposed)? Thank you for considering this request.

**Pete Haynes**
Assistant United States Attorney
U.S. Attorney's Office | District of New Mexico
U.S. Department of Justice
peter.haynes@usdoj.gov

GOVERNMENT EXHIBIT
2