**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

ARTHUR F. MURFIN,

Plaintiff,

v. 25cv664 JFR/JMR

UNITED STATES OF AMERICA, et al.,

Defendants.

**DEFENDANTS' OPPOSED MOTION**
**TO RESET RULE 16 INITIAL SCHEDULING CONFERENCE**

Defendants, though counsel, respectfully move the Court to reset the Rule 16 Initial Scheduling Conference from June 10, 2026, to the following week. *See* Doc. 29 at 2. Undersigned counsel will be out of the office the week of the conference and would prefer to attend the conference himself, for a few reasons. First, Plaintiff has a parallel proceeding before the U.S. Merit Systems Protection Board (MSPB), which the undersigned has discussed with the agency client at length to better understand. *See* Doc. 35 (Plaintiff's opposed motion to stay providing background on the MSPB case). The undersigned would like to attend the conference to inform the Court about Defendants' understanding of the proceedings, in the event the Court has questions. Second, and relatedly, the Court may want to discuss deadlines in the federal case given the pending motion to stay, and the undersigned would like to be present for that discussion. Third, the joint status report is due on June 3, 2026, and Plaintiff informed Defendants that he plans to reiterate his desire for a stay, rather than complete his portion of the JSR. The undersigned anticipates that the Court will have questions at the conference about Plaintiff's decision and would prefer to be present. Finally, Plaintiff is pro se, and the undersigned and Plaintiff have had a few

cordial phone calls to discuss the case and legal issues, which may be difficult for the undersigned to summarize for a covering AUSA.

This motion does not seek Court intervention on any of these issues. Instead, Defendants bring them to the Court's attention to demonstrate that continuity of counsel will be beneficial at the scheduling conference. The relief requested in this motion delays the conference by just a few days, so prejudice to the Plaintiff and disruption of case timelines is minimal.

On May 31, 2026, at 12:29pm, Defendants emailed Plaintiff seeking his position on this motion but have not heard back as of filing, so opposition is presumed but not confirmed.

WHEREFORE, Defendants respectfully request the Court reset the Rule 16 Initial Scheduling Conference to the week of June 15, 2026.

Respectfully submitted,

TODD BLANCHE
Acting Attorney General
RYAN ELLISON
First Assistant United States Attorney

*/s/ Peter Haynes*
PETER HAYNES
Assistant United States Attorney
201 Third Street NW, Suite 900
Albuquerque, New Mexico 87102
(505) 346-7274; Fax (505) 346-7205
Peter.Haynes@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 1, 2026, I filed the foregoing electronically through the CM/ECF system and the next day mailed it first-class to the Plaintiff at the following address:

Arthur Murfin
300 Nick St. Ste. 11
Pmb 1031
Bloomfield, CO 80020

*/s/ Peter Haynes*
PETER HAYNES
Assistant United States Attorney