IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ARTHUR F. MURFIN,

Plaintiff,

v. 1:25-cv-00664-JFR-JMR

UNITED STATES OF AMERICA, *a political entity*, THE DEPARTMENT OF DEFENSE, *a department of the government of the United States of America*, PETER B. HEGSETH, *in his official capacity as Secretary of Defense*, THE UNITED STATES DEPARTMENT OF THE AIR FORCE, *a department of the government of the United States of America*, and TROY E. MEINCK, *in his official capacity as Secretary of the Air Force*,

Defendant.

**ORDER GRANTING DEFENDANTS' OPPOSED MOTION TO RESET RULE 16 INITIAL SCHEDULING CONFERENCE**

THIS MATTER is before the Court on Defendants' Opposed Motion to Reset Rule 16 Initial Scheduling Conference. Doc. 36. Plaintiff, proceeding *pro se*, has not yet had an opportunity to respond to the motion. In the motion, Defendants request to reschedule the initial scheduling conference currently set for June 10, 2026, because "counsel will be out of the office the week of the conference and would prefer to attend the conference himself." *Id.* at 1. The Court also prefers that the attorney working on the case attend the scheduling conference. As such, the Court hereby GRANTS the motion.

Because the original conference was scheduled for next week, and Plaintiff is receiving notifications by U.S. Mail, the Court also orders **Defendants' counsel to email a copy of this order to Plaintiff as soon as practicable.**

The Court hereby VACATES the Rule 16 scheduling conference set for June 10, 2026, and RESETS the Rule 16 scheduling conference for **Wednesday, July 01, 2026, at 11:00 a.m. MDT** by telephone. **Counsel and *pro se* parties shall call my toll-free conference line at 1-855-244-8681 and enter Access Code 2315 404 2333# to be joined to the proceedings. When prompted for an Attendee ID number, press #. Please note that there may be a period of minutes before you are prompted for an Attendee ID number.**

At the Rule 16 scheduling conference, the parties should be prepared to discuss discovery needs and scheduling, all claims and defenses, the use of scientific evidence and whether a *Daubert*[1] hearing will be needed, initial disclosures, and the time of expert disclosures and reports under FED. R. CIV. P. 26(a)(2). We also will discuss settlement prospects and alternative dispute resolution possibilities and consideration of consent pursuant to 28 U.S.C. § 636(c). Client attendance is not required. All parties should review the Court's webpage at: https://www.nmd.uscourts.gov/content/judge-jennifer-m-rozzoni, particularly noting the Procedures Tab and linked Guidelines for Proposed Protective Orders and General Procedures (which includes information about how to resolve minor discovery disputes).

JENNIFER M. ROZZONI
United States Magistrate Judge

1 *Daubert v. Merrell Dow Pharmaceuticals*, 509 U.S. 579 (1993).