**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**Before the Honorable Jennifer M. Rozzoni,
United States Magistrate Judge**

**CLERK'S MINUTES**

**CASE TITLE**: *Murfin v. United States of America et al.*

**DATE**: Wednesday, July 01, 2026

**CASE No**: 1:25-cv-00664-JFR-JMR

**COURTROOM CLERK**: HM

**PROCEEDINGS COMMENCED**: 11:00 a.m.

**COURT IN RECESS**: 12:00 p.m.

**TYPE OF PROCEEDING**: *Rule 16 Initial Scheduling Conference*

**RECORDING**: Liberty-ABQ-MARS

**PRESENT FOR PLAINTIFF(S)**:

Arthur Murfin, *pro se*

**ATTORNEY(S) PRESENT FOR DEFENDANT(S)**:

Peter Haynes

**COURT'S RULING(S)**:

I. The Court began the scheduling conference by discussing the role of the referral magistrate judge in this matter. Plaintiff expressed concerns about his former attorney's consent to the presiding magistrate judge. The Court informed Plaintiff that he could file a motion regarding the issue.

II. The Court addressed the parties' dispute concerning Plaintiff's entitlement to a jury trial, as detailed in the Joint Status Report (Doc. 37). The Court stated that this issue will have to be decided by the presiding judge through motions practice.

III. The Court informed Plaintiff that he can contact the Clerk's Office to request electronic filing privileges after Plaintiff expressed concerns regarding delays associated with the physical mailing of case-related filings to both the Court and opposing counsel.

IV. This case is assigned to a **STANDARD** track. The Court will set pretrial deadlines in a separate order and will adopt the discovery parameters in the parties' Joint Status Report and

Provisional Discovery Plan modified as stated at the conference.[1]

V. The Court will set a telephonic status conference on **Wednesday, September 30, 2026,** at **10:30 a.m.**

VI. The United States noted that Plaintiff's initial disclosures have not yet been provided and requested that a deadline be established. The Court set a deadline of **July 15, 2026**, for Plaintiff to submit initial disclosures under FED. R. CIV. P. 26(a)(1).

VII. The Court discussed the requirements for filing certificates of service.

VIII. If the parties have discrete discovery disputes that can be resolved through a telephonic conference with Judge Rozzoni, they should contact chambers (505-348-2300 or rozzonichambers@nmd.uscourts.gov). Judge Rozzoni's guidelines for telephonic conferences can be found at https://www.nmd.uscourts.gov/content/judge-jennifer-m-rozzoni (under "General Procedures"). Both parties must agree to this process to resolve a discovery dispute prior to the parties contacting the Court.

IX. If the parties want to set a settlement conference, they may contact chambers at 505-348-2300 or rozzonichambers@nmd.uscourts.gov to request one be set.

---

[1] At the scheduling conference, the Court mistakenly stated it would set pretrial order deadlines. The assigned presiding judge prefers to set his own pretrial order deadlines. As such, those deadlines will be set at a later date.