Clerk of Board Please File

12 pages Total

UNITED STATES OF AMERICA
MERIT SYSTEMS PROTECTION BOARD
DENVER FIELD OFFICE

Federal case # 1:25-cv-00664-JFR-JMR

ARTHUR F. MURFIN,
Appellant,

v.

DEPARTMENT OF THE AIR FORCE,
Agency.

MSPB Docket No.: DE-0752-25-1151-I-1
Full Board Appeal No.: 2025-A-020745

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
JUL 09 2026
ERIK PALTROW
CLERK
ND

## STATUS UPDATE

Appellant Arthur F. Murfin respectfully submits this Status Update to inform the Board of a material claim being made in the parallel federal district court proceeding that Appellant believes warrants the Board's awareness.

In the related federal district court case, Murfin v. United States of America, et al., Case No. 1:25-cv-00664-JFR-JMR (D.N.M.), Defendants filed a Response opposing Appellant's Motion to Stay the federal proceedings pending the Board's decision. In that Response, Defendants stated that MSPB Member James Woodruff "has recused himself from all Department of the Air Force appeals," and that as a result there is no quorum to alter the Administrative Judge's initial decision. Defendants cited as support an MSPB order in Lindhorst v. Department of the Air Force, Docket No. DE-315H-24-0395-I-1 (March 12, 2026), which they submitted as Exhibit 2 to their Response. True and correct copies of Defendants' Response and Appellant's Reply thereto, as filed in the district court, are attached hereto as Exhibits A and B respectively.

Appellant finds it difficult to believe that a Board Member would recuse himself from consideration of all Department of the Air Force cases. The Air Force represents a substantial portion of the federal civilian workforce and accordingly constitutes a significant share of the Board's

Case #1:25-CV-00664-JFR-JMR

docket. A blanket recusal of that breadth would substantially impair the Board's ability to fulfill its statutory mission. Appellant respectfully submits that if a Board Member faced circumstances requiring such an extraordinary and sweeping recusal, the appropriate course to protect the integrity of the Board and the confidence of federal employees in its impartiality would be resignation — not a categorical recusal that disqualifies the Member from an entire agency's appeals.

Appellant notes further that the Lindhorst order cited by Defendants does not, on its face, support the broad claim being made. The order states only that "Member Woodruff has recused himself from consideration of this case" — without stating any reason and without stating that the recusal extends to all Air Force cases. The order also expressly provides that it "shall not be considered as precedent by the Board in any other case." 5 C.F.R. § 1200.3(e).

Appellant brings this matter to the Board's attention not to seek any particular relief at this time, but because the claim being made in federal court — that a Board Member's recusal from all Air Force appeals has eliminated the quorum necessary to act on Appellant's pending Petition for Review — directly affects the posture of this appeal and the Board's own jurisdiction and integrity. Appellant respectfully believes the Board should be made aware of this characterization.

Respectfully submitted,

Arthur F. Murfin

Appellant, Pro Se

300 Nickel St. Ste. 11, PMB 1031

Broomfield, CO 80020

Date: June 25, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on the date shown above, I served a copy of the foregoing Status Update, together with all attachments, upon the Agency's representative of record by the method indicated below:

[ ] ~~Electronic Filing via MSPB e-Appeal Online~~ Email

Arthur F. Murfin

Appellant, Pro Se

---

Exhibit A: Defendants' Response to Plaintiff's Opposed Motion to Stay, Murfin v. United States of America, et al., Case No. 1:25-cv-00664-JFR-JMR (D.N.M.), Doc. 39, filed June 5, 2026.

Exhibit B: Plaintiff's Reply in Support of Opposed Motion to Stay All Dates and Proceedings Pending Decision by the Merit Systems Protection Board, Murfin v. United States of America, et al., Case No. 1:25-cv-00664-JFR-JMR (D.N.M.), filed June 25, 2026.

5 C.F.R. § 1200.3(e) — MSPB Rules of Practice, Non-Precedential Orders: https://www.ecfr.gov/current/title-5/chapter-II/part-1200/section-1200.3

UNITED STATES POSTAL SERVICE.

Retail

P

US POSTAGE PAID

$12.90

Origin: 80401
07/07/26
0737270217-24

PRIORITY MAIL®

0 Lb 4.50 Oz

RDC 03

EXPECTED DELIVERY DAY: 07/09/26

C023

SHIP TO:
STE 270
333 LOMAS BLVD NW
ALBUQUERQUE NM 87102-2274

USPS TRACKING® #

9505 5133 7157 6188 9415 70

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
JUL 09 2026
ERIK PALTROW
CLERK

UNIT… POST…

■ Expected delivery dat…
■ Domestic shipments i…
■ USPS Tracking® servi…
■ Limited international i…
■ When used internatior…
…tinations.

*Insurance does not cover cer…
Domestic Mail Manual at http:…
** See International Mail Manu…
…Pickup.

FLAT RATE
ONE RATE ■ ANY WE…

TRACKED ■

PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

PAPER POUCH …ycle.info

This package is m… …umer waste. Please recycle - again.

FROM:
Art Murfin
300 Nichel st. ste11
PMB 1031
Broomfield Colorado
80020

TO:
United states District Court
District of New Mexico
office of The Cleak of
the Court
Suite 270
333 Lomas BLvd. N.W.
Albuquerque New Mexico
87102

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.

JUL 0 9 2026

NO