IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ARTHUR F. MURFIN, an individual

Plaintiff,

v.

UNITED STATES OF AMERICA, a political Entity, THE DEPARTMENT OF DEFENSE, a department of the government of the United States of America, PETER B. HEGSETH, in his official capacity as Secretary of Defense, THE UNITED STATES DEPARTMENT OF THE AIR FORCE, a department of the government of the United States of America, and TROY E. MEINCK, in his official capacity as Secretary Of the Air Force,

Defendants.

No. 1:25-cv-00664-JFR-JMR

**CERTIFICATE OF SERVICE**

I hereby certify that on August 3, 2026, Defendants mailed a copy of Defendants' Response to Plaintiff's Motion to Vacate Consent, Doc. 50, to the following address:

Arthur F. Murfin
300 Nickel St., Ste. 11
PMB 1031
Broomfield, CO 80020

Respectfully submitted,

TODD BLANCHE
Acting Attorney General
RYAN ELLISON
First Assistant United States Attorney

*/s/ Peter Haynes 8/17/26*

PETER HAYNES
Assistant United States Attorney
201 Third Street NW, Suite 900
Albuquerque, NM 87102
(505) 224-1469; Fax: (505) 346-7205
peter.haynes@usdoj.gov