IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ARTHUR F. MURFIN,

Plaintiff,

v. 1:25-cv-00664-JFR-JMR

UNITED STATES OF AMERICA, et al.,

Defendants.

**ORDER RESETTING TELEPHONIC STATUS CONFERENCE**

IT IS HEREBY ORDERED that status conference set for on Wednesday, September 30, 2026, at 10:30 a.m. is hereby VACATED and RESET for **Thursday, October 15, 2026**, at **10:30 a.m. Mountain Time.** The parties shall call my toll-free conference line at 1-855-244-8681 and enter Access Code 2315 404 2333# to be joined to the proceedings. When prompted for an Attendee ID number, press #. Please note that there may be a period of minutes before you are prompted for an Attendee ID number.

Jennifer M. Rozzoni

JENNIFER M. ROZZONI
United States Magistrate Judge