IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ARTHUR F. MURFIN,

Plaintiff,

v. 25cv664 JFR/JMR

UNITED STATES OF AMERICA, et al.,

Defendants.

**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND**

Defendants, through counsel, file this response to Plaintiff's Motion for Leave to File First Amended Complaint. Doc. 52. A review of the proposed amended complaint reveals the amendments are identifiable by subparagraphs labeled "A," "B," "C," etc. For example, Paragraph 54 of the original complaint and amended complaint are identical, but paragraphs "54A" and "54B" in the amended complaint are new. *Compare* Doc. 1 at 11 *with* Doc. 52 at 8.

Defendants do not oppose the motion but request the Court grant more than the 14 days provided in Federal Rule of Civil Procedure 15(a)(3) to file an answer given that the new factual allegations in the amended complaint are quite specific and will require extra time to investigate. For example, Paragraph 57 of the amended complaint contains six new subparagraphs of detailed factual allegations, labeled 57A through 57F, including that Defendants were aware that Plaintiff sent complaints to the inspector general and congressional offices. *See* Doc. 52 at 9. Defendants respectfully request 28 days to answer.

Respectfully submitted,

TODD BLANCHE
Attorney General
RYAN ELLISON
First Assistant United States Attorney

*/s/ Peter Haynes*

PETER HAYNES
Assistant United States Attorney
201 Third Street NW, Suite 900
Albuquerque, New Mexico 87102
(505) 346-7274; Fax (505) 346-7205
Peter.Haynes@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 16, 2026, I filed the foregoing electronically through CM/ECF and the next business day mailed it to the following pro se party by first-class mail:

Arthur Murfin
300 Nickel St., Ste. 11, Pmb 1031
Broomfield, CO 80020

*/s/ Peter Haynes*
PETER HAYNES
Assistant United States Attorney