IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ARTHUR MURFIN,

Plaintiff,

v. No. 1:25-cv-00664-JFR-JMR

UNITED STATES OF AMERICA, et al.,

Defendants.

**CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2026, Defendants mailed their Responses to Plaintiff's First Request for Discovery, accompanying documents (Bates numbered Murfin 25-664 (USA) 001217-001746), and this Certificate of Service, on a USB drive, to the following address:

Arthur F. Murfin
300 Nickel St., Ste. 11
PMB 1031
Broomfield, CO 80020

Respectfully submitted,

TODD BLANCHE
Attorney General
RYAN ELLISON
First Assistant United States Attorney

*/s/ Peter Haynes 10/1/26*
PETER HYNES
Assistant United States Attorney
201 Third Street NW, Suite 900
Albuquerque, NM 87102
(505) 224-1469; Fax: (505) 346-7205
peter.haynes@usdoj.gov