IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ARTHUR F. MURFIN,

Plaintiff,

vs. Case No. 25cv664 JFR/JMR

UNITED STATES OF AMERICA, et al.,

Defendants.

**UNOPPOSED ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND**

THIS MATTER having come before the Court on Plaintiff's Unopposed Motion for Leave to File First Amended Complaint, and the Court being fully advised, ORDERS that Plaintiff's Motion to File First Amended Complaint is GRANTED, and Defendants shall have 28 days to file an Answer.

**JOHN F. ROBBENHAAR**
**United States Magistrate Judge**