**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**Before the Honorable Jennifer M. Rozzoni,**
**United States Magistrate Judge**

# CLERK'S MINUTES

**CASE TITLE**: *Murfin v. The United States of America, et al.*

**DATE**: Thursday, October 15, 2026

**CASE No**: 1:25-cv-00664-JFR-JMR

**COURTROOM CLERK**: KMS

**PROCEEDINGS COMMENCED**: 10:30 a.m.

**COURT IN RECESS**: 10:59 a.m.

**TYPE OF PROCEEDING**: *Status Conference*

**RECORDING**: Liberty-ABQ-MARS

**PRESENT FOR PLAINTIFF(S)**:

Arthur F. Murfin, *pro se*

**ATTORNEY(S) PRESENT FOR DEFENDANT(S)**:

Erin Langenwalter

**The following issues were discussed**:

I. Ms. Langenwalter explains that she is taking over the case and that she will enter her appearance soon.

II. The Court notes it reviewed Plaintiff's Statement of Reasons for Requested Discovery and Notice of Discovery Dispute, Submitted for the October 15, 2026 Status Conference. Doc. 56.

III. The Court states that the parties should meet and confer regarding Mr. Murfin's discovery dispute and that the Court is willing to hold an informal discovery conference.

IV. The Court extends the deadline for Mr. Murfin to file a motion to compel discovery to 21 days after the parties meet and confer regarding the discovery dispute detailed in his Statement of Reasons for Requested Discovery (Doc. 56).

V. The Court will set a telephonic status conference on Tuesday, December 1, 2026, at 9:30 a.m. to discuss scheduling a settlement conference.

VI. If the parties want to set a settlement conference sooner, they may contact chambers at 505-348-2300 or rozzonichambers@nmd.uscourts.gov to request one be set.

VII. Mr. Murfin asks about emailing chambers. The Court clarifies that Plaintiff may e-mail chambers regarding logistical questions, but he should not carbon copy the Court on substantive discussions with opposing counsel. The Court prefers that substantive discussions with the Court remain on the public docket.

VIII. Mr. Murfin expresses concern with delays in U.S. Mail and receiving notice of filings. The Court recommends that Mr. Murfin consider signing up for electronic filing.

IX. Ms. Langenwalter offers to add Mr. Murfin's email to receive notifications via CM/ECF.

X. After discussion, the Court sets a twenty-one-day deadline for Mr. Murfin to file his amended complaint on the docket. Mr. Murfin states that he will put the filing in the mail in the next day or two. Defendants' deadline for filing an answer or otherwise responding to the amended complaint remains 28 days from the Court's order granting Plaintiff leave to amend. *See* Doc. 57.